JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 1 2007

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

      -v.-                              07 CRIM. 522

RAJ MEHTA,                        :

                 Defendant.    :

- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From in or about March 2003 through in or about October 2003, in the Southern District of New York and elsewhere, RAJ MEHTA, the defendant, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice and attempting so to do, did transmit and cause to be transmitted by means of wire, radio and television communications in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, to wit, MEHTA, a bond trader employed by KBC Financial Products, Inc., sent requests for broker quotes through electronic mail communications, received responsive electronic mail communications, and altered said electronic mail communications in order to create an inflated market value for his trading positions during the internal price-checking processes of KBC Financial Products, Inc., and in so doing deprived his employer

of the intangible right to MEHTA's honest services.

(Title 18, United States Code, Sections 1343 and 1346.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RAJ MEHTA,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 1343 & 1346)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.
*Charles L. Ambrose*

Post-It 11/1/87

6/11/07 - Fld. Indictment, case assigned to Judge Jones for all purposes.
Eaton, J. U.S.M.J.