

**U.S. Department of Justice**
*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2007

BY FAX

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007
Fax: 212 805-6191

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/07
```

Re: United States v. Raj Mehta, 07 CR 522 (BSJ)

Dear Judge Jones:

The Government respectfully submits this letter requesting that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), until the initial Pre-Trial Conference scheduled in this case for July 20, 2007, at 2:00 p.m. This request is submitted with the consent of Mr. Mehta's attorney, Alan Levine, Esq. as it will allow the Government time to produce discovery to defense counsel, give the defendant time to review it, and allow the parties to discuss a possible disposition of the case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Randall W. Jackson
Assistant United States Attorney
212-637-1029

cc: Alan Levine
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6260
Fax: (212) 479-6375
Email: alevine@cooley.com

*Application granted. In the interest of justice for the reasons stated above, speedy trial is excluded from July 10, 2007 to July 20, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(A).*

SO ORDERED.
Dated: 6/14/07

BARBARA S. JONES
U.S.D.J.

TOTAL P.02