

**Cooley**
GODWARD KRONISH LLP

Alan Levine
T: (212) 479-6260
F: (212) 479-6275
alevine@cooley.com

June 19, 2007

**VIA FACSIMILE**

The Honorable Barbara S. Jones
United States District Court
500 Pearl Street
New York, NY 10007

**RE: USA v. Mehta**
   **Index No. 07 CR. 522 (BSJ)**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07  ch
```

Dear Judge Jones:

We represent the defendant Raj Mehta.

The Assistant US Attorney, Randall Jackson, handling this matter apparently scheduled the initial pretrial conference with Chambers yesterday for July 20, 2007. Unfortunately, I had previously scheduled that Friday as a vacation day for myself. We would appreciate it if the Court could reschedule the conference for any other time that week, except for Thursday morning, July 19.

Thank you very much for your consideration.

Very truly yours,

Alan Levine

AL:eb

cc: AUSA Randall Jackson

*Application granted. The initial conference in this matter is scheduled for Wednesday, July 19th at 4:00 PM.*

SO ORDERED
Dated:
                                BARBARA S. JONES
                                U.S.D.J.
6/19/07

1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036  T: (212) 479-6000  F: (212) 479-6275  WWW.COOLEY.COM