

```
COPY MAILED / FAXED TO:
COUNSEL FOR PLTFF(S): ✓
COUNSEL FOR DFT(S): ✓
PLTFF PRO SE: _____
DFT. PRO SE: _____
DATE: 7/26/07
BY: MMM
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/07 AL
```

ALAN LEVINE
T: (212) 479-6260
F: (212) 479-6275
alevine@cooley.com

July 19, 2007

**BY FAX AND FIRST CLASS MAIL**

The Honorable Barbara S. Jones
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

Re:   **United States v. Mehta**
      **07-cr-522 (BSJ)**

Dear Judge Jones:

We represent the defendant, Raj Mehta, in the above-captioned matter. At yesterday's initial pretrial conference, the Court modified Mr. Mehta's bail conditions to allow him to travel to San Francisco from Saturday, August 25, 2007 to Sunday, September 2, 2007 and requested that we send you an itinerary of the proposed trip.

Mr. Mehta will be traveling to San Francisco with his wife to attend a wedding, and will be staying at the Westin St. Francis, Union Square located at 335 Powell Street, San Francisco, California, 94012.

Please let us know if we can be of any further assistance.

Respectfully submitted,

Alan Levine

*[Handwritten:]* Defendant's bail conditions are modified to permit him to travel to San Francisco, CA from August 25, 2007 to Sunday, September 2, 2007. All other bail conditions remain in effect.

**SO ORDERED**
Dated:   BARBARA S. JONES
         U.S.D.J.
         7/27/07

1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 T: (212) 479-6000 F: (212) 479-6275 WWW.COOLEY.COM