UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,                          :
                                                   :
                    v.                             :    Case No. 07 Cr. 522 (BSJ)
                                                   :
RAJ MEHTA,                                         :
                                                   :
                    Defendant.                     :    **NOTICE OF MOTION TO ADMIT
                                                   :    JOHN C. DWYER *PRO HAC VICE***
                                                   :
                                                   :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the annexed affidavit of John C. Dwyer in support

of this motion and the Certificate of Good Standing annexed thereto, the undersigned will move

this Court before the Honorable Barbara S. Jones at the United States District Court for the

Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Street, New York, New York 10007, pursuant to Rule 1.3(c) of the Local Rules of the United

States District Court for the Southern District of New York, for an Order admitting

> John C. Dwyer
> COOLEY GODWARD KRONISH LLP
> 1114 Avenue of the Americas
> New York, NY 10036-7798
> Phone: (212) 479-6000
> Fax:    (212) 479-6275

as attorney *pro hac vice* to argue or try this case in whole or in part as counsel to the named

Defendant in this case. Mr. Dwyer is a partner in the firm of Cooley Godward Kronish LLP and

a member in good standing of the Bar of the State of California. There are no pending

disciplinary proceedings against Mr. Dwyer in any state or federal court. The undersigned, who

are also acting as counsel to the named Defendant in this case, have conferred with the

Government, who consents to the relief requested in this motion.

Dated:  New York, New York
         July __, 2006

                              Respectfully submitted,


                              COOLEY GODWARD KRONISH LLP


                         By: _____ (1073)
                              Alan Levine (AL-1073)
                              Daniel H. Davis (DD-0090)

                              1114 Avenue of the Americas
                              New York, NY 10036-7798
                              Phone: (212) 479-6000
                              Fax:   (212) 479-6275



TO:    Randall Jackson
       Assistant United States Attorney
       One St. Andrews Plaza
       New York, NY  10007
       (212) 637-2200

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

            v.                          Case No. 07 Cr. 522 (BSJ)

RAJ MEHTA,

                Defendant.          **AFFIDAVIT OF JOHN C. DWYER**
                                              **IN SUPPORT OF MOTION TO**
                                                **ADMIT COUNSEL *PRO HAC VICE***

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF CALIFORNIA      )
                          ) ss:
COUNTY OF SANTA CLARA  )

        JOHN C. DWYER, being duly sworn, deposes and says:

        1.      I am a partner in the law firm of Cooley Godward Kronish LLP, 1114 Avenue of the Americas, New York, New York 10036-7798.

        2.      I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned case.

        3.      As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

        4.      There are no pending disciplinary proceedings against me in any state or federal court.

        5.      Wherefore, I respectfully request that I be permitted to appear as counsel for the named Defendant in this case.

Dated: July 11, 2007



John C. Dwyer

Subscribed and sworn to before me on this July 11, 2007, by John C. Dwyer.

☒ Personally known to me

☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Nina S. Kramer
Nina S. Kramer, Notary Public

NINA S. KRAMER
Commission # 1480060
Notary Public - California
Santa Clara County
My Comm. Expires Apr 28, 2008

2

# Certificate of Good Standing

United States of District Court )

) ss.

Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **John Charles Dwyer, Bar No. 136533** was duly admitted to practice in said Court on **January 20, 1989**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on July 6, 2007

Richard W. Wieking

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                      :
                                               :
              v.                               :    Case No. 07 Cr. 522 (BSJ)
                                               :
RAJ MEHTA,                                      :
                                               :
              Defendant.                       :    **ADMISSION TO PRACTICE**
                                               :    ***PRO HAC VICE***
                                               :
                                               :
                                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, John C. Dwyer, is permitted to argue or try this particular case in whole or in part as counsel or advocate on behalf of the named Defendant in this case.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all counsel in this case.

Dated: _____          _____
                                             United States District Judge

## CERTIFICATE OF SERVICE

I, Daniel Davis, hereby certify that I caused a true and correct copy of the foregoing Notice of Motion to Admit John C. Dwyer *Pro Hac Vice* and the Affidavit of John C. Dwyer In Support of Motion to Admit Counsel *Pro Hac Vice* to be served by regular mail this 23rd day of July, 2007 upon:

Randall Jackson
Assistant United States Attorney
One St. Andrews Plaza
New York, NY  10007


Daniel H. Davis (DD-0090)