

DANIEL H. DAVIS
T: (212) 479-6360
F: (212) 479-6275
ddavis@cooley.com

November 29, 2007

**BY FAX AND FIRST CLASS MAIL**

The Honorable Barbara S. Jones
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007



USDC
DOCU...
ELECTR...
D...
DATE FILED: 12/5/07 dc

RE: **United States v. Mehta**
   **07-cr-522 (BSJ)**

Dear Judge Jones:

We write to request a two-week adjournment of the sentencing scheduled in the above-referenced matter, from Friday, February 1, 2008 to Friday, February 15, 2007. Mr. Mehta's lead attorneys, Alan Levine and John Dwyer, will both be unavailable on February 1st.

The government has no objection to the proposed adjournment.

Respectfully submitted,

Daniel H. Davis

cc:  Alan Levine

   John Dwyer

   Randall Jackson, AUSA
   One St. Andrew's Plaza
   New York, NY 10007

Application granted. Sentencing is adjourned to February 15, 2008 at 2:30PM.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.

11/30/07

1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 T: (212) 479-6000 F: (212) 479-6275 WWW.COOLEY.COM