UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,                :
                                         :   Case No. 07 Cr. 522 (BSJ)
           vs.                           :   ECF Case
                                         :
RAJ MEHTA,                               :
                                         :   **NOTICE OF APPEARANCE**
                    Defendant.           :
                                         :
                                         :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that Daniel H. Davis, a member of good standing in this Court, hereby enters his appearance as counsel of record on behalf of defendant Raj Mehta in the above-captioned matter.

Dated:  New York, New York
        December 10, 2007

COOLEY GODWARD KRONISH LLP

_____
Daniel H. Davis (DD-0090)

1114 Avenue of the Americas
New York, NY 10036-7798
Phone: (212) 479-6000
Fax:   (212) 479-6275

*Attorneys for Defendant*