

# Cooley
## GODWARD KRONISH LLP

DANIEL H. DAVIS
T: (212) 479-6360
F: (212) 479-6275
ddavis@cooley.com

January 14, 2008

## BY FAX AND FIRST CLASS MAIL

The Honorable Barbara S. Jones
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/15/08  dc

RE:   **United States v. Mehta**
      **07-cr-522 (BSJ)**

Dear Judge Jones:

        We write to request a two-week adjournment of the sentencing scheduled in the above-referenced matter, from Friday, February 15, 2008 to Friday, February 29, 2008.  Mr. Mehta's lead attorney, Alan Levine, will be unavailable on February 15th.

        The government has no objection to the proposed adjournment.

                                        Respectfully submitted,

                                        Daniel H. Davis

cc:     Alan Levine

        John Dwyer

        Randall Jackson, AUSA
        One St. Andrew's Plaza
        New York, NY 10007

*Application granted. Sentencing is adjourned to February 29, 2008 at 3PM.*

SO ORDERED
Dated:                          BARBARA S. JONES
                                U.S.D.J.
                                1/15/08

1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 T: (212) 479-6000 F: (212) 479-6275 WWW.COOLEY.COM