## APPENDIX A

Attached is a letter that Mr. Mehta has addressed to the Court, and nine additional letters that Mr. Mehta has received from friends, family and colleagues in advance of his sentencing. These letters offer a full picture of Mr. Mehta, his family circumstances and his charitable efforts. We appreciate the Court's consideration of them alongside this sentencing memorandum.

The attached letters are from the following individuals:

1.  Raj Mehta

2.  Rashmi Indrajit Mehta; mother

3.  Dr. SomiReddy K. Reddy; Mrs. Mehta's physician

4.  Dr. Sunil Patel; Mrs. Master's physician

5.  Dr. Kavita Patel; wife

6.  Mary Stephens; college friend

7.  Aashish Vyas; friend from KBC

8.  Harish Surati; business partner/employer

9.  Stuart Kinckner; friend/employee at Doylestown, PA Hampton Inn

10. Ila Sukhadia; operates non-profit organization

# EXHIBIT 1

Raj Mehta
2 Circle Road
Staten Island, NY 10304

February 16, 2008

Judge Barbara Jones:

My name is Raj Mehta and I will be appearing before you on February 29th for sentencing on wire fraud charges. I expect that day to be very emotional for my family and me and I am not sure if I will be able to speak clearly that day. I hope you will read this letter and review my circumstances when considering my sentence. I am very sorry for my actions and deeply regret the harm that they caused. I was fired from my job in 2003 and had no idea that I had committed a federal crime, but I knew that my behavior and actions were wrong and I had to change my life. I lost my job, my identity, many of my friends. People in the trading community considered me a pariah. I can't stand here before you and honestly say that things happen for a reason and that this was a sign, but I knew that I had to change my priorities. I had to become a kinder, more tolerant human being who focused his energies on working for the benefit of society and volunteering my time and efforts in charitable and social endeavors as well as professional ones.

I would like to apologize to my former employers, colleagues and friends at KBC. I am sorry for causing your firm and you harm. I loved working there. The firm gave me the chance to become a trader. I started out in finance as an operations assistant earning $18,000 in 1994. I had always wanted to become a trader and finally after five years you gave me the chance. I never wanted to let you down and disappoint the firm. I was overcome with a feeling of joy the day the head of trading asked me to join the trading desk. I didn't think things could get better than being accepted by the traders and management at the firm. I was praised as a great trader and given the star treatment after the trading made the firm over $150,000,000 in 2001 and 2002. When my portfolio started giving back some its gains from earlier in the first quarter of 2003, I started becoming very concerned and fearful. This doesn't excuse my behavior, nor does it even matter for the purposes that we are here today. I voluntarily spoke with the firm's attorneys during their investigation. I did so without the benefit of an attorney because I knew that I had to tell them about my behavior as soon as possible and I had not had a chance to retain counsel yet. In 2005, the KBC's head of legal called me asking me for some help in another matter. I offered them all the assistance they asked for. None of this minimizes the harm I caused. I am very lucky there was no actual loss.

I would like to offer my heartfelt apologies to my grandmother, Chandraprabha D. Master, and mother, Rashmi Mehta. These two women have sacrificed their personal happiness for my benefit. I can't believe that my actions have hurt them so much and adversely impacted their heath. I was born in India in 1971. My mother went to India to deliver me. She was supposed to bring me back with her a month later. Before my mother and I were to leave India, my father telexed that he had lost his job. My grandparents offered to take care of me until my dad got another job. Even though he found work in a few months, I stayed with my grandparents until I was five. My grandparents came to America to see me when I was six and never left. My grandparents gave up their dreams of peace and quiet during their golden years to take full-time care of me. After my grandfather passed away when I was 11, my grandmother and I shared a bedroom till I went to college. She wanted to move back to India, but I convinced to stay here and become a United States citizen. She left behind her home, her siblings, her language and her culture to live with me. I promised her that I would always take care of her in her old age and not put her in a nursing home to die alone. My father passed away while I was in college. Upon graduating I returned home and my grandmother became my legal dependent. I took on the responsibility of providing for her physical, emotional and financial wellbeing. I consider this to be my most important responsibility. In order to take better care of her, I bought a house in Staten Island so that she could be more comfortable and closer to her friends. Some of my friends feel that I made a huge sacrifice; most of them were buying or renting apartments in Manhattan living a typical 20-something lifestyle. I've never felt this was a sacrifice, only a fulfillment of my promise and duty. Over the past five years my grandmother's health has deteriorated dramatically. My grandmother's health was much better when I was working at KBC. She had limited ability to walk with the assistance of a walker and could go to the bathroom with little to no assistance. She currently suffers from Alzheimer's and dementia and requires more and more attention every day. She

does not speak any English and even has a tough time communicating in our native language of Gujarati due to reduced motor skills. More often, she is becoming disorientated; on those occasions we have a tough time communicating sometimes as well. Only through patience and a lifetime of familiarity am I able to reason and explain things to her. I am very lucky that I can spend so much time with my grandmother; my job allows me to work from home as needed. Currently, I spend four days working from home so that I can take care of her needs. Everyday I carry my grandmother out of bed into her wheelchair several times so that I can take her to the bathroom. I make sure she is cleaned afterwards. I bath her and dress her. I am responsible for cooking her meals – she is a strict Hindu vegetarian – and feeding her. I pick her prescriptions and give her the medication she needs. I spend most nights in her bedroom because she has a habit of rolling off the bed. I try to talk to my grandmother everyday about my life, my job and our memories of our family so that her motor skills and memory do not diminish further. We say our prayers together every night; which is something we have done since I was a child.

My grandmother has fallen and fractured bones twice in the last five years and is confined to the second floor of my house. She has left the house only once in at that time. Thanks to the help of five of my family friends we were able to take her to my wedding last summer. It required us to carry her in her wheelchair from the second floor and into the car, get her out of the car and into the wheelchair. The emotions of seeing my grandmother in the front row made the entire effort worth it. She will hopefully turn 97 years old this July. My grandmother has no idea about my legal troubles, but she does sense the sadness. She can't understand and in some ways I am lucky. I have tried finding permanent health care attendants for her. Even though it is very expensive, I am willing to do whatever I can so that my grandmother is properly taken care, if I was unable to. Unfortunately, I have not been able to find anyone to look out after her, who speaks Gujarati, who is willing to do the things that are necessary to look out after her. I really don't know what I am going to do or how I am going to make sure her needs are provided for. I want to be there for this wonderful woman when she needs me most.

Mom, I've apologized to you so much over the last nine months. I don't want my words to ring hollow, but I don't know what else I can do. My behavior has jeopardized our family structure and its ability to function. My mother is not in a position to take proper care of herself, much less anyone else. She is 76 years old and needs to have a second major operation on her spine. The healing, recovery and rehabilitation process is going to be gruesome and require six months. She cannot have this surgery without my help and assistance. Currently she cannot stand up for more than five minutes at a time; without the surgery she will not be able to withstand the pain of standing or walking. I know she needs to have this surgery soon. The doctors are concerned about her age, her blood pressure and her diabetes. She was scheduled to have this operation last year, but she failed some of her preliminary tests. I'm sorry that I've caused such a detrimental impact to her health. She has been suffering from ulcer attacks on a regular basis at night; she has fallen and hit her head recently. I feel like my actions have taken years off your life. My mother earns a living by running a small motel in Staten Island. She can't even do this anymore. I have to help her run the day-to-day operations of the hotel. This includes going to the bank, ordering and picking up supplies, reconciling revenues and doing the payroll. My mother relies on me to shop for Indian groceries in Edison, NJ, cook for her take her to the temple and her doctors' appointments. She needs the assistance of a walker to get around the house. My mother is 20 years younger than my grandmother, but her health is very poor. I'm living with the guilt of weakening her already shaky condition.

On June 16, 2007, I had the good fortune of marrying my soul mate, Dr. Kavita Patel. We met in late 2005 and I proposed to her in the spring of 2006. When I proposed to her, I thought the government had completed its investigation and decided not to proceed. It had been a year and a half since I offered to speak to them and they had not responded. I'm not blaming the government or anyone else, I just feel terrible that this wonderful, brilliant and beautiful woman has become involved in this ordeal. It has been very traumatic for her. She has been so supportive to me at the expense of her mental health. After the complaint came down, I offered to postpone or even cancel the wedding. She didn't waver. She was completely supportive and said that we are choosing to spend a lifetime together and time will not change that. My attorneys were trying to work out an agreement with the AUSA, but we could not get an extension so I was indicted the week of my wedding. I was a nervous wreck, but Kavi held it together for the both of us. We had plans to honeymoon in Africa; we were to go on a safari to Kenya and Tanzania. I had to cancel her wonderful plans because of my arrest. Five hundred miles currently separate us. She is

completing a one year unpaid fellowship in musculoskeletal radiology at Duke University. We see each other one or two weekends out of a month, mostly because she makes the trip up to New York so regularly. She will be coming back to New York to do another fellowship in mammography at Columbia University. There is so much uncertainty that is hanging over us. I don't think we will be living together until January 2009. Her fellowship at Columbia will require her to live near their hospital. We have had many discussions and arguments about what will happen after that and if I am incarcerated. She wants to and deserves to start a new life for us. She doesn't want to live in the same house as my mother – and I can't really blame her. She's told me that if I go to prison, she cannot provide the level of care that my grandmother and mother need. Although, she feels affection for them, she doesn't know my grandmother very well at all and she doesn't speak or understand Gujarati. Her work requires her to be at the hospital during the days and some nights. She is not in a position to shop, cook and drive around her in-laws. We have discussed a situation where I can sell my current home after she is done with her fellowship and we can buy a new home where I can create a separate space for my mother and grandmother. I will never leave my grandmother and she knows and respects that. This situation would have caused us problems regardless, but my conviction has magnified everything. Despite all this, when Kavi and were talking last week, she told me that she felt so lucky that she found someone who was so kind and understanding; her words brought tears to me eyes. I should have been the one saying that. I hope you will let me spend the rest of my life trying to make amends for bringing you into such an unenviable situation.

I would like to thank and apologize to my friend, my mentor, my boss and my business partner, Harish Surati. He gave me a job in 2004, when I didn't have a clue as to what I was going to do next. He told me that I would have to start from the bottom and work my way up. He told me that my previous experience didn't matter. I am grateful for this opportunity. He took me into his business and family. I told him that I was fired and why. He trusted me nevertheless. He gave me a second chance. I have read how hard it is for felons convicted of federal crimes to get jobs. I feel very lucky to have a boss and friend like Harish. He continues to support me throughout this difficult time. He has promoted me, ultimately making me his partner and allowing me to invest in some of our newer hotel projects. More importantly, he has shown me that profit can and should never be measured in just dollars and cents. He has set an example for me to help my employees in every way possible. I see his face and know that he is happier seeing one of his employees who started as a housekeeper earning minimum wage now being able to buy a home. I have learned from his daily example and try to do the same for those around me. We have grown from a small mom and pop business to one of the faster growing hotel developers in the tri-state area. I'm sorry for the harm that my conviction has caused and continues to cause you. I know that we may have to downsize if I am incarcerated and I know that may cost you financially. I'm deeply sorry. If I am not available to work for you, I hope you will accept me back when I return.

Finally, I would like to offer my apologies to the government. My parents came to America in 1969 with eight dollars in their pockets and a wish to achieve the American dream. I came to America in 1976 – at the age of five – dreaming of watching television in color, going to Disneyland, riding in a car instead of rickshaw and having my own bedroom. I got so much more than my material dreams. I was reunited with my mom and dad. I saw how this great country treated me like one of its own. I felt the spirit of philanthropy that I had only read about in our Hindu scriptures. In my heart, I feel as if I have embarrassed this country and the opportunities it has offered me. My actions serve as a horrible example for all immigrants. I owe everyone an apology as well as a promise that I will redeem myself through my actions.

The Sanksrit word "sanskar" does not translate well in English. It means values. Sanskars are taught in the oral tradition of religion from one generation to the next. My grandmother taught me right from wrong. She taught me how to treat others with respect, how to behave, how to work hard with expectations. If she could understand what is happening to me now, I know she would feel like she failed in her duties. After I was fired, I knew I would have to change my life. I have gotten so much more fulfillment from starting a program that taught recent Indian immigrants -- especially wives and children – to read and write English. I know the culture shock can be tremendous without the ability to communicate. My grandmother couldn't leave the house back when she was able to walk without someone else, because she could not speak English. My goal was to teach people who wouldn't learn English otherwise because they were at home all day. I also wanted the children of recent immigrants to be able to keep up with their classmates. I remember my friend Mary Stephens telling me that the language barrier prevents children from learning

math, science and history, not just English. I became involved with In2Books for the same reason. I wanted to help underprivileged children in all parts of our country learn to appreciate reading.

It is very important to me to find ways to help my community. I know none of this will erase the harm I have caused, but that's not the goal. My desire is to work with my community to make it a better place. My friend, Anuj Jain, committed suicide in January 2005. His parents told me that they put too much pressure on him from an early age and he couldn't handle it. Seeking psychiatric help is looked down upon in our community. With the help of the Vishwa Hindu Parishad, I organized a conference discussing these issues with parents, children and mental health professionals. This is a topic that is very dear to me because of the loss of my friend. I can only hope that I've made a difference and I would like to keep trying.

I know there are many young financial professionals who deal with the same issues of confidence, ego and loyalty that I did. I wanted to find a way to try and reach out to them. I was advised that it probably wasn't a good idea until after I pled guilty. As soon as I pled guilty, I wrote to investment banks and hedge funds offering to speak to their young traders and investment professionals. I wanted to discuss the mistakes I made, the pressures I felt and the resulting effects it had on my life. I spoke to a group of New York based professionals two weeks ago. I was terrified at first. I thought how hard it would be to relieve the humiliation. It turned out to be so rewarding. The people there listened to my experiences and asked questions as if they could relate to what I was going through.

The basic message of the Hindu bible, The Bhagawad Gita, states: "Thy right is to work only but never with its fruits. Let not the fruit of action be thy motive…" Over the last four and a half years, I have learned these aren't just words you learn and memorize in bible study class. I need to behave and work for the benefit or my family, friends and community. I have been actively seeking these types of opportunities since 2003 and hope to keep doing so. I want to do whatever I can to redeem myself, not only for the actions for which I am here before you, but because it is what brings me joy and happiness.

Judge Jones, I am here before you asking for leniency and mercy. There are so many things I want to do in my life. I want to help take care of my grandmother in her final few years, I want to make sure she is comfortable and well taken care of, I want to help my mother rehabilitate from major surgery, I want her to be able to walk without pain, I want to be able to financially support my wife as she continues her medical education, I want work with my partner to grow our business, I want to teach children how to read, I want talk to people about my failures so they don't make the same mistakes. Unfortunately, my actions have stripped me of these freedoms that I have enjoyed. I hope you can offer the mercy that will allow me to continue with my personal recovery. Thank you for your consideration.

Sincerely,

Raj Mehta

# EXHIBIT 2

December 3, 2007

Judge Barbara Jones:

This letter is written on behalf of my son Raj Mehta. My son is a hard-working and caring human being who made a terrible mistake. He has suffered tremendously for his crime. He lost his job, his colleagues and his identity. I have personally seen him take responsibility for his actions and work over the last four years to become a better man. I hope this letter will let you get a glimpse into the type of person Raj is.

Raj has taken on a great deal of responsibility that most people choose not to accept. He has taken the responsibility for his 96 year old grandmother. His grandmother raised him from the time he was born in India. Raj father and I left India leaving Raj to be cared for by his grandparents. Because of him, she decided to move to America from India. Raj promised her as a child that he would never put her in a nursing home and always take care of her if she stayed in America. Most little kids make these type of promises, I know Raj has done everything in his power to honor it. They share a very close and uncommon bond. Raj is her guardian as well as her health care proxy. Her health has deteriorated significantly over the last six years. I am no longer capable of assisting in taking care of her as I have my own medical conditions. Raj has taken care of her to his personal detriment. My mother, Chandraprabha Master does not speak any English and has a very hard time communicating even in Gujarati. She is easily confused and has trouble recognizing new individuals. She is bed ridden and confined to the second floor of the house. Raj has arranged to have a home attendant available during the day. Despite having a home attendant, she needs Raj help as she cannot communicate with the home attendant. Raj takes her out of bed and to the bathroom in the middle of the night every night. He helps her onto and off of the toilet seat. He helps her take a shower when the home attendant does not come. He does her grocery shopping and picks up her medicine. He will also prepare her meal. Whenever she slips or falls or cannot get up off the toilet seat, Raj is there to lift her up. She does not respond to anyone else. Raj has always doted his grandmother with attention as she is alone and unable to move around. Raj spends a part of every evening reading to her and saying prayers with her. He believes that this type of activity will keep her mind active and keep her from getting depressed. As his grandmother's health and capacity has decreased, Raj has started coming home earlier and working from home a few days a week so that he can make sure that she is well taken care of.

I am personally grateful that Raj chose to stay with me instead of moving to Manhattan like most successful young adults do. He and I purchased a house together in 1998. He has helped recover through two surgeries since. I am 75 years old and my mobility is limited. I have a degenerative back condition that does not allow me to walk much. Because of my glaucoma and diabetes I am incapable of driving more than a couple of miles from home or at night. I will have to major back surgery in 2008 that will require over two weeks of hospital rehab followed by a few months of home rehab. I will not be able to have that surgery unless Raj is around to help me. He does so much for me around the house. Raj takes me to the doctor, picks up my medication and groceries. In addition, Raj has taken responsibility for the family business, a small motel in Staten Island. This is the source of most of my income. Raj deals with most of the day to day issues, like going to the bank to make deposits, handling

the payroll and scheduling. When there was a fire at the motel two years ago, Raj communicated with and obtained a settlement from the insurance company and then supervised the repairs and renovation. I don't pay Raj a salary and he has never asked for anything. I rely on Raj so much. Without him, I would be forced to give up my business. I am lucky that he choose to stay with me. I know it was a great sacrifice for him.

Raj has a grown since 2003 when he worked for KBC. Raj has learned and matured as a result of his actions and consequences. Raj has donated a great deal of his free time to charity. He has worked with the Robin Hood foundation for almost 5 years and donated over $100,000 to them. Raj also has worked with In2books a charity that reads books with underprivileged children. In 2005 one of Raj's childhood friends, Anuj Jain, committed suicide by jumping off the Verrazano Bridge. Raj was shaken and affected by this. He worked tirelessly to organize a conference youth conference that was sponsored by the Vishwa Hindu Parshad to discuss and deal with issues relating to suicide, mental health and the social and cultural stigmas that persist in the Hindu American community. Over 300 Hindu youths attended the conference. Raj still speaks to college students and young adults who call looking for someone to talk to. Raj knows that his actions at KBC were wrong and he regrets them terribly. Raj has written letters to all the large Wall Street firms and hedge funds asking to speak to them about their risk management practices. He has also started speaking to young traders and portfolio managers telling them what he went through and all about the mistakes he has made and how he is dealing with those consequences. This must be very hard and embarrassing for him, but he tells how important this is. He hopes others can learn from his mistakes. He worked very honestly and hard for over 10 years, he knows that his mistakes over a short time period cost him career and livelihood and maybe even his freedom.

Raj is a very religious individual. He was always religious, but has taken to his faith much more in the last four years. He is a devoted Hindu who fasts on Tuesdays, Wednesdays and Fridays. He goes to temple three times a week. Raj doesn't make a huge salary anymore, but he continues to donate generously to the temple. He also helps with what little time he has. Because of his family obligations, he doesn't leave the house much on weekends, unless he has made arrangements for his grandmother. He does teach an English class at home for individuals who have just arrived to this country and for their children. Raj travels to India once every two or three years. He always goes to volunteer at our town's local hospital which give free eye care to the poor. He will sit for hours with the needy to help them fill out paperwork and comfort their families.

Iam biased, but I am very proud of the way Raj has created a new life and I think a much better life. Raj stayed at home to take care of us. It affected Raj's personal relationships; I know that not many women want to exist in a situation where the man in their life is taking care of two women already. Despite this, he never complained and never turned his back on us. Raj finally met a woman that understood and respect his living choices. This year Raj married this wonderful woman who supports him completely and is a true partner. She is a radiologist fellow at Duke University. Because of Raj's desire to care for his grandmother and me, Raj cannot see his wife as much they would like. Kavita, Raj wife, is not being paid for her year in North Carolina. Raj supports completely so that she can finish her academic studies and become a practicing physician. My son has worked so hard to care of his family

and to become a better person. He works in the hotel business and is finally obtain some success in a completely different field, he helps me manage my motel, he takes care of his grandmother and me. He wakes up at 5 am every morning and goes to bed around 1. He tries to provide for the physical and emotional needs of his friends and family. I am proud and lucky to know that he will always take care of me and those around him.

Raj knows his actions were wrong. We have talked about his actions and motives. He told that his actions were reprehensible and he is extremely remorseful. He wants to spend all his time making up for what he did and improving the lives of those around him. He feels he owes a debt to his friends, his family and everyone else he hurt by his actions and want to spend his time making amends by being striving to be a better person.

Raj is my only child and the only family I have left outside my elderly mother. He works very hard everyday to take care of me and his grandmother and build a new career. His presence is essential to my and his grandmothers livelihood. He takes care of the both of us. I hope that you consider this letter when you determine the sentencing of my son. Incarcerating Raj will jeopardize the c are his grandmother receives. As I wrote earlier she does not speak English and would be lost without the emotional and physical care he provides for her. I hope you will consider a sentence that does not include incarceration for my son.

Thank you for your consideration,

*R.I.Mehta*

Rashmi Indrajit Mehta
2 Circle Road
Staten Island NY 10304
718-979-3530

# EXHIBIT 3

SomiReddy Rama K Reddy, MD
11 Ralph Place
Suite #31&
Staten Island, NY 10304
LIC#  119610

December 8, 2007

To Whom it May Concern:

    Mrs. Rashmi Mehta has been under my medical care since 1993.  She is currently being taken care of by her son as she cannot fully take care of herself or her mother.

    Mrs. Mehta suffers from spondylolisthesis of the lumbar spine which will require back surgery in the near future.  This ailment causes Mrs. Mehta to experience tremendous leg and back pain.  It severely limits her ability to work or even walk.  She was scheduled to have neurosurgery to try and treat her problem in March 2006.  The surgery had to be postponed due to a low iron count.  Without surgery, her mobility will continue to decrease.  This surgery is very complicated as it requires the surgeon to fracture her spine, try and repair nerve damage and then fuse her spine back together.  It will require a lengthy and difficult rehabilitation; because of her advanced age she will not be able to do most activities without help for the first several months after her surgery.  This will be her second back operation since 1990.  This type of surgery is extremely delicate and complications from it could potentially make her condition worse, though that is not likely.

    In addition to her degenerative back condition Mrs. Mehta suffers from diabetes and diabetic neuropathy of the lower extremities.  She needs help in monitoring her diabetes and suffers from frequent muscle pain and loss of feeling in her legs and feet.  I also treat her for arthritis of the back with sciatica and osteoporosis.

    Mrs. Mehta's physical problems are getting progressively worse with age.  She is incapable of providing care for her mother and has problems handling her everyday tasks without her son's help.  Mrs. Mehta has complained of intense leg pain that has prevented her from walking from her bedroom to open the front door.  She has been forced to lay in bed for a couple of days at a time until the pain subsides.  These incidents have become more frequent over the past three years.

Sincerely,

SomiReddy Rama K Reddy, MD

# EXHIBIT 4

Sunil Patel, M.D.
Internal Medicine Associates of Richmond County, P.C.
2260 Richmond Road
Staten Island, NY 10314
DEA # 5071395
LIC #204466 (NY)

To Whom It May Concern:

I have been Chandraprabha D. Master's physician for over ten years. Mrs. Master's physical and mental capacity has diminished greatly over this time. I last visited Mrs. Master three weeks ago to give her annual flu shot and treat her for an urinary tract infection. Ten years ago she used to come to my office quarterly, but her mobility has gradually diminished to the point where she cannot leave her home. She requires physical help to go the bathroom and take a bath. She is incapable of walking. She cannot get out of bed and into her wheelchair without assistance.

She is currently under the following prescriptions: Aricept for dementia caused by Alzheimer's disease, Oxybutynin to regulate her uncontrolled urination stemming from her overactive bladder, Cilostazol to reduce intermittent claudication and alleviate leg pain, Ciprofloxacin to treat a recurring urinary tract infection, Gabapentin to reduce the ongoing pain resulting from an attack of shingles, levothyroxine to treat her hypothyroidism. In addition she takes hydrocodone for intense bone and muscle pain. Mrs. Master is easily confused and very frail. She has fallen and sustained two fractures over the last five years. While her cardiovascular system functions well for a person her age, the state of her body and mind make it impossible for her to care for her herself. At this stage in her life, due to her advanced age and weak physical condition, Mrs. Master cannot function without 24-hour supervision.

Mrs. Master is an old woman who cannot walk and needs constant aid to take care of her day-to-day needs. I became her doctor because she does not speak English and I could communicate with her in Gujarati. At this point she does not speak much and has trouble communicating to those that she doesn't recognize. When I last saw her she could not understand what I was saying in Gujarati, I had to rely on Raj Mehta, her grandson, to communicate with her. It is important for someone in her capacity to not only receive high quality care, but also to be provided with loving attention and compassion at home. Based on my experience, I believe being cared for by her grandson has helped Mrs. Master maintain her level of health. Mrs. Master requires a high level of attention and care that in my opinion is best provided, whenever possible, in the home, where she is comfortable and feels secure. The importance of living with and being cared for by a

loving grandson, granddaughter-in-law and daughter cannot be understated. At this stage in her life that type of stability can serve as the most effective panacea.


Kind Regards,


Sunil Patel, M.D.

# EXHIBIT 5

November 21, 2007

Dear Honorable Judge Jones:

I am writing this letter on behalf of my friend and husband, Mr. Raj Mehta. Raj and I met in October 2005 and were married this past June. Raj has a single motivation in his life - to protect and care for those he loves – me, his mother, and his grandmother.

Raj is the primary care taker for his 97-year-old grandmother. She and his 75-year-old mother have lived with him in his home for the last 7 years. His grandmother does not speak English and is wheel-chair bound, requiring significant assistance with eating, bathing and going to the bathroom. At the age of 97, she is unable to leave home and someone must be with her throughout the day. He has not only taken primary responsibility for providing her with necessary nursing care, but also makes a special effort to read and talk with her daily. He and his grandmother share a very intimate bond – one that transcends age and she has designated him to be her health care proxy. As a medical doctor, I have witnessed the cognitive and physical decline of many elderly individuals and I believe that his interaction with his grandmother is the single most important factor in retention of her cogent mind, despite her age. Many people are familiar with the responsibility of aging parents: Raj has grappled with and successfully handled these issues at an extraordinarily young age – at a time when most of us are not ready for such a role reversal. I feel moved when I think of how he has cared for his grandmother, and how he will care for his aging mother. It is a truly unique circumstance – one that has required patience, selflessness, and a maturity beyond his years.

Raj is a humble and introspective man – he evaluates and re-evaluates himself, his motivations and his behavior. He attempts to better himself. He is spiritually minded and often turns to his religion in times of turmoil. He is most unhappy when he feels that he has not lived up to his own expectations of himself.

Raj is a natural confidante. His friends and family, and most of all myself, depend on him for personal and professional advice because he has a gift for truly understanding people's predicaments, and can naturally stand in their shoes. He remembers people's names and their stories – even after only a short meeting. Raj is socially progressive – he has a very diverse group of friends and respects people's personal choices. He has supported me unconditionally in my professional career. He encouraged me to go to Duke for my fellowship, even though it meant that we would be apart just a few weeks after we got married. He recognizes and fully supports my desire to further my education, even though my ambition was at odds with our ability to be together,

I am a very lucky woman. I am loved unconditionally by a most kind, gentle and selfless man. There are so many instances in which he has put my needs above his own, in both big and small ways – all of which are significant to me. He always lets me pick the movie, the television show, the restaurant, and the evening's activities. He proactively visits my parents at their home, without my asking, just to make sure that things are alright. He has picked out two recipes, has purchased all the necessary ingredients and

will solely prepare two dishes to bring to my parent's home for Thanksgiving dinner. These are only a few of the countless examples of his tremendous kindness and natural inclination to bring ease and joy into my life. I believe that he is deeply remorseful for his actions, which have caused him to appear before you in court. He has personally evaluated his motivations, learned from his mistakes and I sincerely believe that he has grown into a better man. I have only known him to be honest and I do not believe that he had any intention to defraud or to gain personal benefit from his actions – that is just not the man that I know and love.

We have so many plans for our life together, including plans for educating and raising our children, caring for our respective parents, and most importantly, continuing to be together. Although we are very different people, we have these values in common.

Respectfully,

Dr. Kavita Patel

# EXHIBIT 6

1647 August Road
North Babylon, NY 11703
631-242-3152
November 23, 2007

To The Honorable Barbara Jones:

I am writing to you so that you might have an idea about who Raj Mehta really is. Raj and I have been friends for 17 years. We met as new students at SUNY Binghamton in the fall of 1990 and have been the best of friends ever since. As a freshman, I was away from home for the first time. I missed my family and friends and spent much of my first weekend crying. I found comfort sitting in the lounge watching NY Met games on the big screen television. One night, that first weekend, Raj came in to find me sitting there alone. He took pity on me saying, "You can't spend all of your time sitting on the couch. C'mon let's go!" We went out exploring the campus. We were inseparable for the rest of our tenure at SUNY-B.

When Raj's father died in 1992, he became the "man of the house". At a young age, he was able to step into the role of financial and emotional provider with ease and confidence. I continue to admire his sense of responsibility and loyalty, but I also notice the twinkle in his eye when he speaks of his relationship with his feisty grandmother. She adores him and spending time with him. She is an important and large part of his life.

After college, I pursued a career in education. Many of the students with whom I have worked are poor students who possess many of the risk factors for dropping out. Raj would listen to my stories about their lives and find ways to make a difference for them. He has donated more clothing, food and used computers to my students and their families than I can count. We have also had numerous conversations about how he, or organizations with whom he is involved, could make a difference in the lives of these students and their families. He is always asking me, "Do you think they could benefit from…" or "Do you know anyone who….". These conversations help him with decisions about with which organizations to volunteer or how to vote on issues brought up by others.

Raj is a donor for the Robin Hood Foundation. He often spoke to me about the empty feeling he had about his contributions to society. Then one day he went to a function hosted by the Robin Hood Foundation. He was excited by the work that they did and wanted to get involved. He had found a way to give back. His financial contributions and participation in Robin Hood events help others every day.

Raj is also an active member of his temple. His faith is an important part of his life; it guides his lifestyle and decisions. Raj also volunteers with the youth group of his temple, organizing events that help young people realize the role of faith in their developing lives. As an educator, I know what the research says about creating a sense of belonging,

and I have seen the effects myself. Raj's work with the youth group is a way to help youth feel connected. It helps shape them both as students and as members of society.

In the last several years, I have noticed that Raj's outlook on life has improved. He regrets the mistakes he has made and is always looking to do better. Raj is a caring person who would never intentionally harm anyone. His reflective nature gives him the opportunity to think about his actions and make amends to the best of his ability. While he has always been a responsible human being, Raj has also matured and grown tremendously recently.

In 2005, our mutual friend was pregnant with her second son. Her first son was clearly not reaching developmental milestones. She would become upset when people pointed out that something might be wrong, claiming that he just needed time. It was Raj who was able to sit down and talk to her in a frank and yet compassionate way. She listened as he explained that it was wonderful that her two year old could read, but troubling that he couldn't say hello to his grandparents or uncle. When Andrew was diagnosed as a child on the autistic spectrum, Raj continued to support our friend. He encouraged her to find support groups for parents and took look at several schools before deciding where to send her son. His support during a difficult time was so important to her. She continues to rely on him for advice and support, and of course he loves playing "uncle" to her two sons.

As Raj's grandmother ages, he has become the primary provider for her. She is an elderly woman who speaks no English. Raj's connection to her will always be great as she raised him until he was four. Their bond is a special one. His role as caregiver is not an obligation for him; it is a labor of love. She has played a big role in his life and he is happy to provide for her financially and emotionally. He arranges for care while he is at work, he talks to her as soon as he returns home and watches movies with her at night after dinner. Their relationship is truly a special one.

Throughout our friendship, Raj has remained that kind person I met as a freshman, the one who watches out for me and for others. And although we are both busy with work and family obligations and don't see each other as often as we would like, we speak on the phone several times each week. Raj Mehta is an intelligent, hardworking, and honest man and I treasure our friendship.

Sincerely,

Mary A. Stephens

Mary A. Stephens

# EXHIBIT 7

11/26/2007

Dear Judge Jones

I have known Raj Mehta since May 2000. At that time I was hired by KBC FP to run and manage an electronic options trading post. Raj and I were never part of the same trading product or team. He was initially a back office employee and we had little interaction, though it was clear he had the desire to become a derivatives trader. Over time his ability and work ethic, prompted a transition to a trading role, an extremely rare feat for anyone hired for back office or without the prerequisite Ivy League credentials. Looking back over a career on Wall Street I have yet to see a more intuitively skilled trader, and while proficiency at work is desirable; the measure of a man is his conduct in life as a whole.

First, Raj made a mistake. He has never shied from accepting responsibility for his actions. For all of his trading savvy, it is my personal opinion he was equally naïve in unwavering loyalty to the unethical Managing Director who finally gave him a trading opportunity after 6 years of service. Raj however is ultimately responsible for his actions, and has stoically accepted the resulting loss of a budding finance career, and separation from the bulk of his friends and colleagues.

I was laid off from KBC after 9/11, and was unemployed for the better part of the following year, and eventually left NYC. Finance is very much a what have you done for me lately type of profession, and Raj was one of a handful of former colleagues who kept in touch, informed me of job opportunities and encouraged me throughout this period. By this time his career had skyrocketed and he was the star trader on a hugely successful desk. I was just an acquaintance who had given him scraps of trading advice from time to time, there was little benefit in helping me, as I got to know him better it became clear compassion was his defining character trait. I noticed that he was humble with everyone around him regardless of stature, and despite success.

Compassion is a by-product of maturity. Raj's mother and grandmother are elderly with health problems, and he has always lived at home in Staten Island to help care for them. This didn't change as he transitioned into a successful trader. Raj insisted I not waste money on hotels and stay with him in Staten Island when interviewing for positions in NY, and this process took a few months. I was struck by the tenderness and humility he displayed in assisting his infirmed Grandmother on a daily basis. After KBC, Raj went to work in his family's hotel business, and has steadily built it up. Raj continues to share his experience with advice on trading situations and risk management. It is particularly important to him to educate young finance professionals on the mistake he made, and his presentation is a mandatory event for the young trader's and analysts under my supervision. He has also since met and married an intelligent, strong, and down to earth woman, who balances him out.

Raj Mehta is a good man who made a mistake and paid the price. He has since demonstrated maturity and responsibility as a model son, a loving husband, and a true friend through thick and thin. Raj is a trustworthy, grounded, and balanced individual. His subsequent actions are those of a humble, compassionate, hardworking, and productive member of society.

Sincerely,

Aashish K. Vyas
Head Trader Vol Arb
Concordia Funds

# EXHIBIT 8

November 19, 2007

Harish Surati
121 Drew Dr.
Langhorne, PA 19053
215-208-5476

U.S. District Judge Barbara Jones

Your Honor:

I have known Raj Mehta since he was a young child.  His mother and I invested in many real estate ventures since 1979.  A strong family relationship exists between the two families.

Raj's father passed away when he was 21 years old under tragic circumstances -- his mother was in India and Raj was away at school in Binghamton.  Indrajit Mehta, Raj's father, had a massive heart attack aboard the Staten Island ferry.  The police left notice at the house.  When I went to visit the next day, I noticed it.  I had to inform Raj at college and his mother in India.  I had to go to the morgue and identify the body.  The incident had tremendous impact on Raj, he had to grow up in a hurry.  Suddenly he was thrust into assuming the role of his father.  He threw himself into this role with complete dedication, selflessness and vigor.  His grandmother and mother have been dependent upon him since then.   Most 20 year old boys strive to leave home after college.  Raj, even though he could afford to, choose to stay at his family home and take care of his mother and grandmother, who had helped raise him from birth.

His grandmother does not sleep until Raj comes home.  He is responsible for her. He buys her medication and gives it to her.  He baths her, he cooks for her, he does her grocery shopping.  His grandmother, does not speak any English and has a hard time communicating even in her native language, Gujarati.  She is 96 years old and depends on him for most day to day activity.  She needs him to communicate her needs to the home attendant that Raj has helped arrange for her.

Raj's mother, Rashmi, suffers from diabetes and a degenerative back and leg condition that will require major surgery in the next year.  She has learned to drive after her husband's death, but cannot drive except for performing local chores.  Moreover Raj has to help her run the family's small independent motel, the primary source of his mother's income.  Rashmi is 76 years old.

Raj is a very hard working, intelligent and honest young man.  Since coming to work at SMG Hotels he has already mastered every aspect of the Hilton and Marriott franchise system.  He is invaluable in the training of new employees, development of new hotel projects, financial planning, yield and revenue management and other operational and developmental tasks.

Currently he is leading several projects that will result in the construction of four hotels and the employment of over 100 full-time staff. It would be very hard to continue to manage and grow SMG Hotels without Raj's contributions. He is our point person for all franchise related activities. In addition to helping guide SMG's hotel expansion plans, Raj is also overseeing the management of the Hampton Inn East Windsor, Hampton Inn Warrington and the Fairfield Inn Spring Valley. It would be a tremendous detriment to our business if we were to lose his active involvement.

I understand that the crime Raj has committed is one where he betrayed his employers trust and confidence. I believe this action is not consistent with Raj's character. He has taken responsibility for his actions and understands the severity of the repurcursions. Since he started working for me, Raj has been an honest and ethical employee whose counsel I frequently seek. He has advised me to do the right and honorable thing on several occasions where there was no right or wrong. I believe he has learned a lot over the last four years that has made him a better person.

Raj has suffered a lot, both personally and professionally, in the last four years. Starting as an unpaid trainee in the hotel industry after ten years of a successful career in finance was not only humbling, but very challenging. He tirelessly works at his job with initiative and intelligence. Because of his grandmother's weakened health, he has had to work from home a few days a week. This typically results in a reduced productivity, but this is not the case with Raj who continues produce at the highest level. Raj has achieved success again; he is direct, open and conscientious.

I hope, and I am speaking for not only me, but my entire firm as well as his family, that you consider some alternative form of sentencing that would allow Raj to continue to loyally serve his family as well my organization. His mother and grandmother are totally dependent on Raj and will not be able function with his help. Raj speaks remorsefully of his actions at KBC and he is sorry and ashamed of his behavior. They run counter to the way he was raised and the man he is now.


Sincerely,

Harish Surati

# EXHIBIT 9



January 15, 2008

Judge Barbara Jones:

  I am writing this letter on behalf of Raj Mehta. He recently informed me of his situation and I insisted on trying to do whatever I could to help him out. Raj hired me in April 2006 to be the Assistant General Manager of the Hampton Inn Warrington, Pennsylvania. I consider Raj to be an excellent boss, but more importantly he is a kind and caring man.

  Raj gave me a me an opportunity to be a manager and has shown me how to perform a difficult job with compassion. He has taught me important lessons in business and life. I have seen him show compassion to his staff in many different ways. Raj insisted that the entire staff have health insurance coverage. I've worked at several hotels, some corporately owned and some individually owned an operated, this is the first one where the hotel paid for the entire coverage. He wanted to make sure that the everyone, especially the lower paid housekeepers have medical coverage. I told him that I thought this was unusual and asked how the owners of the hotel felt about it. He told me that it was a hard sell, but emphasized how important health benefits were for the staff. He also told me that he felt the welfare of the employees were his personal responsibility. For example, Raj made sure that one of the housekeepers was paid for a month when she was sick and couldn't work. Raj was heartbroken when he heard that she was having a tough time making the rent and taking care of her children. I expressed my concern that in my experience a lot of these excuses are exaggerated or even fabricated. Raj reminded me of his responsibility and how he wouldn't be living up to his expectations if he didn't help when he was in a position to.

Unfortunately, I have not been able to work with Raj on a daily basis anymore as he has started working in another role so that he can take care of his grandmother. I still speak to him on a daily basis and he still offers me valuable opinions and insight. He has encouraged me to go back to college and get my degree. He told me that the company will be flexible with my schedule so that I can complete my education. I cannot overstate how much he tries to improve the lives of the people around him. Just recently a firm that teaches English as Second Language wanted to rent the hotel's conference room in the evenings to do some testing. I told Raj about this and he suggested that we give them the rooms for free if they would test the housekeepers that wanted to be tested and helped them learn English. These are just a couple of examples of Raj's compassion and generosity.

I've only known Raj for just under two years and cannot attest to his character before that. But the person I know is someone of the highest integrity, who has gone out of his way to help and support the people around him. I've have been offered a several jobs in the last few months that would pay me more, but I have decline them because of the care and kindness that Raj has shown me. He has taught me about the hotel industry; he has also shown me by his example how an individual should carry himself on a day-to-day basis. I've seen individuals donate their time and money to charities and I think those individuals should be commended. Raj goes a step further, he puts his heart into his actions and does what he can, small or large, to impact the everyday lives of those around him. I feel fortunate to have become a par of his life. He has had a tremendous impact on mine.

Thank you for your consideration.

Stuart Kinckner

# EXHIBIT 10

January 17th 2008

Ila Sukhadia, MD
201 Ocean Terrace
New York, New York 10301

U.S. District Judge Barbara Jones
Southern District New York

Judge Jones:

I have known Raj Mehta since he was seven years old. My husband served as his pediatrician. Raj and his family have been an active part of the Hindu Indian community in New York for the last 25 years. I am currently the president of the New York chapter of the Vishwa Hindu Parishad (VHP); there are over 300,000 members in the U.S. and 50,000 members in New York. Our goal is to promote activities of education, medical aid and relief to the poor or any other activity in the advancement of general public utility for furtherance of literature and scientific and socio-religious research.

My first interaction with Raj came when he was camper at one of the week-long camps that VHP runs every year. I served as the organizer and Raj was a participant and active helper in the first four camps that the VHP ran. Since that time, my relationship with Raj and his family has grown. I have served as a personal physician to Raj's mother and grandmother in times of emergency when their primary physician was unavailable.

Raj is a wonderful and loving person who has done and continues to do so much for his family and his community. He has always and continues to take excellent care of his aging grandmother. She could not survive without his care. I have seen firsthand, Raj cooking and feeding her, taking her to the bathroom as well as changing her and giving her bathes. She is easily disoriented which makes it difficult for her to communicate, even in Gujarati, with anyone. He also cares for his mother and her business. Raj runs the household for his mother. His mother cannot stand up for more than a few minutes at a time because of her various medical conditions. He makes sure her day-to-day needs are met as well as her business'.

The VHP has many programs to help Indian-Americans adjust and adapt to life in the States. About four years ago, Raj came to me with an idea to help teach English to recent immigrants, especially housewives. Raj was concerned that the immigrant class that was entering the U.S. today was not as educated as the one in which his parents or I arrived in. He felt that these people, especially the women, would have a tougher time adapting to a new culture. He saw how most of the women who came with their husbands were not working and became stay at home mothers. How are they going to learn English? How will they integrate into society? What will happen to them if something happens to their husbands? He went on and on about how without a basic knowledge of English, these women would trapped in their own homes. They

wouldn't be able to communicate and thus would never be comfortable or happy in America. Raj then proceeded to start teaching functional English out of his own house for these women. He eventually found volunteers who were professional English as a Second Language teachers to donate their time. He also convinced the College of Staten Island to spare some classroom space for the weekly class. This has been one of the most successful programs that our organization runs. We have also started running this program in over 20 cities around the country.

Raj helped our organization tremendously during the tsunami of 2004 that hit eastern India and Sri Lanka. He could not go there as part of the relief effort because of his family situation. Even though he stayed in the U.S. he was actively involved in raising money and awareness. He worked tirelessly to make sure that the right supplies reached the right locations. He started off not knowing how to get things done as this was his first time doing anything of the sort. Within two weeks, Raj was spearheading our effort from New York. He stayed up all night on many occasions to talk to the relief group in India and make sure that food and clothing was reaching the right places and the right people.

I am most proud of the compassion and sympathy that Raj shows for others. One of his childhood friends, Anuj Jain, committed suicide in January 2005. He couldn't handle the pressures of not meeting his parent's lofty expectations and not having anyone to talk to. There is a taboo in our culture with both parents and children about seeking counseling or psychiatric help. I suggested to Raj that we hold a youth conference to discuss this issue. Raj coordinated the entire event which brought together over 1,000 parents and children of various age groups. He brought in counselors and experts to lecture on this topic as well as set up break away groups to address specific issues. I think the conference was a huge success, but I understand that one day is not going to solve many problems. I recently found out that some children and adults have been calling Raj on a regular basis to discuss their problems and seek advice. One mother who has been very active with the VHP told me that Raj convinced her 25-year old son to seek professional psychiatric help. He was diagnosed as clinically depressed and is now on the proper medications. This is one small example, but there are so many of these instances. I don't know how many people Raj has helped, but I know they keeping calling him to this day over two and a half years after the conference. His mother told me that he was on the phone trying to be supportive and a good listener 15 minutes before he was supposed to be married. He is a leader who leads by example. People respect and love Raj because he works harder than anyone else. Our organization and even my family knows that any cause or action Raj rallies behind is a good one and that he will not stop until he has accomplished his goal. Raj is the first person that comes to my mind if I need help.

My husband, Jitendra, was hospitalized for six months with a neurological disease that many doctors thought was life threatening. Raj would help us out by bringing us dinner at the hospital or by inviting my kids over so that they were not alone or depressed. I don't take writing this letter lightly. I asked Raj about his crime and his motivation. He told me that he made a mistake. He felt he got caught up with the praise and compliments being thrown his way. His ego wouldn't let him accept that the profit he made was diminishing. Raj does not fit the greedy

stereotype of a Wall Street executive. I can attest to this by what I have seen first hand and what I have heard others say about him. He is sorry that he hurt so many people. I saw that in his eyes and felt it in his voice. Raj is truly an amazing person. I have been around children all my life as a pediatrician, mother of three and through my community work. I have followed the development of many of them. There are individuals smarter than Raj and more successful then Raj. But I haven't met anyone with more potential and likelihood of reaching that potential. I know that he is going to do great things for society. He already had made such a tremendous impact to the lives of many people. He may never make millions of dollars again and I don't think he cares about that. I have seen how he treats people, how much he cares about improving the livelihood of those around him (whether he knows them personally or not) and how he loves trying to improve the community around him. I also see how people respond to him and his passion. He can raise awareness and rally people around him. People want to help and contribute because of Raj and his involvement in a cause. How many people can we say that about? It's only matter of time before Raj takes what he has learned and done on a small scale and applies it to a much larger venue. I look forward to being there when that day comes.

Incarcerating Raj would destroy his family. It would be next to impossible for his grandmother and even his mother to function without him. They have no other caretakers or family. Removing Raj from society would also prevent him from contributing his energies where they are most needed. I am firm believer in applying justice and punishing those that fail to abide by our nation's laws. I believe that Raj has suffered greatly, he has also given greatly. We need more individuals that have displayed the character and courage that Raj has shown. I truly hope that there is a sentence available at your disposable that is measured and balances the needs for justice as well as the needs of his family and his impact on his fellow man.

Respectfully,

Ila Sukhadia