MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

SCANNED    ORIGINAL



UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                   Plaintiff,

      - v. -

RAJ MEHTA,

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

07 CR 0522-001 (BSJ)

SOUTHERN DISTRICT OF NEW YORK

     Satisfaction is acknowledged between United States of America, plaintiff, and Raj Mehta, defendant, for the fine in the amount of $12,000.00 and the special assessment in the amount of $400.00, amounting in all to the sum of $12,400.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the day of .

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York

                                    By: _____
                                    KATHLEEN A. ZEBROWSKI
                                    Assistant United States Attorney

STATE OF NEW YORK)
                      ss:
COUNTY OF NEW YORK)

     On the ___ day of June 2008, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC